```
DENNIS S. WAKS, Bar #142581
Acting Federal Defender

TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER STANFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-05-0341-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | TRIAL CONFIRMATION HEARING |
| v. ) | |
| ) | Date:  February 16, 2006 |
| JENNIFER STANFIELD, ) | Time:  9:00 a.m. |
| aka Jennifer Saunders, ) | Judge: Gregory G. Hollows |
| ) | |
| Defendant. ) | |
| ) | |

_____

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JENNIFER STANFIELD, by and through her counsel TARA I. Allen of the Federal Defenders Office, stipulate that the status conference date of February 13, 2006 be rescheduled for February 16, 2006 at 9:00 a.m.

This continuance is requested to allow time for defense counsel to review and investigate additional discovery received from the government on January 25 and February 1, 2006, and the superceding indictment filed January 31, 2006.  Further, the parties are discussing a tentative plea agreement and defense counsel needs additional time to

1  confirm the restitution amount involved in this case.
2      The parties agree that the Court should exclude time under the
3  Speedy Trial Act from the date of this order through the date of the
4  status conference set for February 16, 2006 at 9:00 a.m. pursuant to 18
5  U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local
6  Code T4.
7
8  Dated: February 10, 2006
9                                  Respectfully submitted,
10
                                    DENNIS S. WAKS
11                                  Acting Federal Defender
12                                  /s/ Tara I. Allen
                                    _____
13                                  TARA I. ALLEN
                                    Staff Attorney
14                                  Attorney for Defendant
                                    JENNIFER STANFIELD
15
16
    Dated:  February 10, 2006       MCGREGOR W. SCOTT
17                                  United States Attorney
18                                  /s/ Matthew Stegman
                                    _____
19                                  MATTHEW STEGMAN
                                    Assistant U.S. Attorney
20
21
22                              **O R D E R**
23     FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
24  served by granting this continuance outweigh the best interest of the
25  public and the defendant in a speedy trial.  Time is excluded under
26  Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.
27  ///
28  ///

2

1      IT IS SO ORDERED that the status conference is now set for
2 February 16, 2006 at 9:00 a.m.
3
4 Dated: 2/10/06
                                        /s/ Gregory G. Hollows
5                                        _____
                                        GREGORY G. HOLLOWS
6                                        United States Magistrate Court
7 stanfield.ord