**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

                                  **RE:**    **Jennifer STANFIELD
Docket Number:  2:05CR00341-01
PERMISSION TO TRAVEL TO HAWAII**

Your Honor:

The probationer is requesting permission to travel to Waikoloa, Hawaii. The probation officer is aware the probationer was only sentenced less than three months ago and the defendant still has an outstanding balance on her restitution.  However, there are extenuating circumstances in this case.  First of all, the entire trip, including food and entertainment, is being paid for by relatives as a wedding gift for Ms. Stanfield and her fiancé, Mr. Daniel L. Duckett. Ms. Stanfield has provided written documentation confirming payment by their relatives.  Further, Ms. Stanfield is current on her restitution payments. She has a reliable source of income and it is anticipated that she will fulfill this financial obligation prior to her termination of probation. Therefore, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 15, 2006, Ms. Jennifer Stanfield was sentenced for the offense of 18 USC 641 - Theft of Government Property, and 18 USC 1012 - Defrauding the Department of Housing and Urban Development.

**Sentence imposed:**  36 months probation, $4,434.00 restitution, and $50 special assessment.

**Dates and Mode of Travel:** On August 19, 2006, Ms. Stanfield will depart from Sacramento International Airport on Delta Air Lines flight number 3854 and return on flight number 1400.

**RE:   Jennifer STANFIELD**
      **Docket Number:   2:05CR00341-01**
      <u>**PERMISSION TO TRAVEL TO HAWAII**</u>

**Purpose:** Honeymoon. Ms. Stanfield and her fiancé will stay at the Resort Quest Shores at 69-1035 Keana Place, Waikoloa, Hawaii.

                              Respectfully Submitted,

                              /s/   Kris M. Miura

                         **KRIS M. MIURA**
                         **United States Probation Officer**

**DATED:**   August 1, 2006
            Sacramento, California
            KMM:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved           XXX              Disapproved _____

8/7/06                              /s/ Gregory G. Hollows
_____          _____
**Date**                            **Gregory G. Hollows**
                                    **United States Magistrate Judge**

stanfield.ord-2