UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

                              RE:    Jennifer STANFIELD
                                      Docket Number:   2:05CR00341-01
                                **TERMINATION OF PROBATION**

Your Honor:

On May 15, 2006, Ms. Stanfield was sentenced to 36 months probation and ordered to pay $4,434.00 in restitution and a $100 special assessment, following her conviction for violation of 18 USC 641 - Theft of Government Property, and 18 USC 1012 - Defrauding the Department of Housing and Urban Development.  In addition to the standard conditions of probation, the Court ordered Ms. Stanfield not to dispose or dissipate any of her assets, submit to financial disclosure, and complete 80 hours of unpaid community service.  The Court also ordered that probation be terminated upon full payment of financial obligations and completion of the community service.

Ms. Stanfield completed her community service with the Salvation Army on April 26, 2007, and paid her court-ordered financial obligations on May 18, 2007.  Therefore, we are requesting that Ms. Stanfield's term of probation be terminated forthwith.

                                      Respectfully submitted,

                                      /s/   Kris M. Miura

                                      **KRIS M. MIURA**
                                      **United States Probation Officer**

Dated:       May 21, 2007
                Sacramento, California
                KMM:jz

**RE:   Jennifer STANFIELD**
      **Docket Number:   2:05CR00341-01**
      <u>**TERMINATION OF PROBATION**</u>

**REVIEWED BY:**      /s/   Lori K. Koehnen  (for)
                **KYRIACOS M. SIMONIDIS**
                **Supervising United States Probation Officer**

cc:   United States Attorney's Office
      Federal Defender's Office

---

**ORDER OF THE COURT:**

It is so ordered that Probation heretofore granted on May 15, 2006, for a period of thirty-six (36) months be terminated forthwith.

**Granted** <u>XXXX</u>

/s/ Gregory G. Hollows                         5/29/07
_____   _____
**GREGORY G. HOLLOWS**                         **Date**
**United States Magistrate Judge**

stanfield.ord2